# EXHIBIT C

| | |
|---|---|
| From: | sean [sfutterman@5thonthepark.com] |
| Sent: | Thursday, September 04, 2008 12:04 PM |
| To: | Richard D. Meadow |
| Subject: | Re: Update |

I guess the journalist went a different direction for that article. You are on our list w our PR company, as a willing article participant. In regards to the bldg status, the construction company has given us a target date for initial lower floor closings, around early December. Your floor should begin closings in February. I'll talk to my father about advertising on "Open House, New York". I think it's a good idea. Be well. Chat soon.
Sean
------Original Message------
From: Richard D. Meadow
To: sfutterman@5thonthepark.com
Sent: Sep 4, 2008 11:51 AM
Subject: Update

hey Sean-hope all is well. I never heard from the reporter about Harlem-bummer. I wanted to check on the status of the building as I am negotiating with my landlord to get out of my lease. I also think you guys should get 5th on the Park onto "Open House NY". great show....Please let me know if we are on schedule. Thanks. Rick Rick Meadow The Lanier Law Firm, PC
126 East 56th Street 6th Floor
New York, New York 10022
212-421-2800
212-421-2878 (fax)
rdm@lanierlawfirm.com

SEAN FUTTERMAN
SR. SALES ASSOCIATE
5TH ON THE PARK
9174053446
SFUTTERMAN@5THONTHEPARK.COM