# EXHIBIT D

**Richard D. Meadow**

---

**From:** Sean Futterman [SFutterman@5thonthepark.com]
**Sent:** Monday, March 23, 2009 4:30 PM
**To:** Richard D. Meadow
**Subject:** RE: Checkin

The bankruptcy is in regards to another building, but it was filed, and then rescinded. Nothing to worry about. Building looks great, and we should have the tco w/in the next few weeks, and then we will begin to schedule the closings. Hope all is well. I know you're anxious to move in...You are going to be very happy w your new home, and we're happy to have you.
Sincerely,


Sean Futterman
Sr. Sales Associate
5th on the Park &
The Lenox Condominium
Mobile:917-405-3446
Email:sfutterman@5thonthepark.com

-----Original Message-----
From: Richard D. Meadow [mailto:RDM@lanierlawfirm.com]
Sent: Monday, March 23, 2009 4:25 PM
To: Sean Futterman
Subject: Checkin

Hey Sean-Hope all is well with you. How is the building progressing? I read some articles about a bankruptcy. Does this effect us? When will we close? Thanks. Rick

Rick Meadow
The Lanier Law Firm, PC
126 East 56th Street 6th Floor
New York, New York 10022
212-421-2800
212-421-2878 (fax)
rdm@lanierlawfirm.com


No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.0.238 / Virus Database: 270.11.22/2015 - Release Date: 03/23/09 06:52:00