UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
RICHARD D. MEADOW,

                Plaintiff,            Civil Case No.: 10-cv-3128 (DLC)

v.

                                   NOTICE OF APPEAL

FIFTH ON THE PARK CONDO, LLC,

                Defendant.
------------------------------------------------------- X

**NOTICE IS HEREBY GIVEN THAT** Plaintiff Richard D. Meadow ("Meadow") hereby appeals to the United States Court of Appeals for the Second Circuit pursuant to FED. R. APP. PROC. 3(b)(1) from the Judgment of The Honorable Denise L. Cote, U.S.D.J., that Defendant Fifth on the Park Condo, LLC, is exempt from the Interstate Land Sales Full Disclosure Act's registration and disclosure requirements pursuant to the 100 Lot Exemption, 15 U.S.C. § 1702(a)(2), and dismissing Plaintiff's claims for rescission of his purchase agreement, return of his deposits and interest, and payment of attorneys' fees, entered in this action on the 25th day of May, 2010 (Docket No. 6).

Dated: New York, New York
       June 8, 2010

                                                  Respectfully submitted,

                                                  THE LANIER LAW FIRM, PLLC

                                                  EVAN M. JANUSH, ESQ. (EJ 9664)
                                                  126 East 56th Street, 6th Floor
                                                  New York, NY 10022
                                                  Phone: 212.421.2800
                                                  Fax: 212.421.2878
                                                  emj@lanierlawfirm.com